*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided February 13, 1997

## CHARLENE KAISER *v.* JOHANNES VAN DER GIESSEN

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 921 (AC 15136), is denied.

*George J. Markley,* in support of the petition.

*Joy Kony Peshkin,* in opposition.

Decided February 13, 1997

## STATE OF CONNECTICUT *v.* WILLIE L. SPANN

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 924 (AC 14057), is denied.

*Leopold P. DeFusco,* special public defender, in support of the petition.

*Lisa Herskowitz,* deputy assistant state's attorney, in opposition.

Decided February 13, 1997

## JUDITH STILES *v.* HARTFORD CASUALTY INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 1 (AC 14987), is denied.